(Reap. Dec. 9800)

PLYWOOD & DOOR MIDWEST CORPORATION v. UNITED STATES

Entry No. 18673.

(Decided October 6, 1960)

*James Wilson Young* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the above-enumerated appeal for reappraisement upon stipulation, on the basis of which I find that the proper basis for the determination of the value of the involved birch plywood exported from Finland is export value, as defined in section 402(d), Tariff Act of 1930 and that such value is $99.77 per thousand square feet, net, packed.

Judgment will issue accordingly.

(Reap. Dec. 9801)

D. C. ANDREWS & CO. v. UNITED STATES

Entry Nos. 12059; 13455.

(Decided October 6, 1960)

*Henry L. Ziegel* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General (*Mollie Strum*, trial attorney), for the defendant.

MOLLISON, Judge: These are appeals for reappraisement of the value returned by the United States appraiser on an item described on each invoice as a Speed Vac packing machine, imported from Sweden. When the appeals were called for trial, counsel for the parties submitted the same upon oral stipulations, on the basis of which I find foreign value, as defined in section 402(c), Tariff Act of 1930, as amended, to be the proper basis for the determination of the value of the merchandise, and that such value, in each case, was United States $5,266, net, packed.

Judgment will issue accordingly.